# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| | Case Number: 8:01-CR-164-T-24TGW |
| LIMIUEL NELSON | USM Number: 39689-018 |
| | Dionja Dyer, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ was found in violation of charge numbers _One, Two, Three, Five and Six_ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct, Assault on a Law Enforcement Officer, occurring on July 5, 2008, while on supervision in violation of the conditions of supervision | July 5, 2008 |
| 2 | New Criminal Conduct, Obstructing or Opposing an Officer without violence, occurring on July 5, 2008, while on supervision in violation of the conditions of supervision | July 5, 2008 |
| 3 | Failure to work regularly at a lawful occupation in violation of Condition Five of the standard Conditions of Supervision | November 2007 |
| 5 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition Eleven of the Standard Conditions of Supervision | July 22, 2008 |
| 6 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition Eleven of the Standard Conditions of Supervision | July 28, 2008 |

Judgment - Page 2 of 3

DEFENDANT: LIMIUEL NELSON
CASE NUMBER: 8:01-CR-164-T-24TGW

      The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 3 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   X    The defendant has not violated charge number Four and is discharged as to such violation charge.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 21, 2008
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

August 22, 2008
Date

Case 8:01-cr-00164-SCB   Document 45   Filed 08/22/08   Page 3 of 3 PageID 95
AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation

Judgment - Page __3__ of __3__

DEFENDANT: LIMIUEL NELSON
CASE NUMBER: 8:97-CR-164-T-24TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *TEN MONTHS, NO TERM OF SUPERVISION TO FOLLOW.*

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m.   on _____.

    ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL